# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd St. Suite 4510                                              Telephone: (212) 317-1200
New York, New York 10165                                         Facsimile: (212) 317-1620

September 4, 2025

**BY ECF**
Honorable Chief Judge Vera M. Scanlon
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza E
Brooklyn, NY 11201

       Re:     Arias et al v. 48-11 Vernon Blvd. Rest., Inc. et al
                  23-cv-04285-DG-VMS

Dear Judge Scanlon:

       This office represents the Plaintiffs in the above referenced matter. We write jointly with Defendants' counsel to apprise the Court of the status of discovery.

       It is not anticipated that the parties will engage in expert discovery. Plaintiffs are in receipt of Defendants' discovery responses, but there are some deficiencies that the parties are working towards resolving. Namely, the names of the shareholders and officers of the Corporate Defendant, as well as the method in which the Plaintiffs' working hours were recorded, as well as the method of overtime pay calculations are at issue. In sum, further discovery is needed, and depositions of Defendants will need to be conducted.

       Defendants briefly note that the discovery dispute Plaintiffs reference stems from Plaintiffs' request for irrelevant information. In any event, as Plaintiffs note, the Parties are working to resolve their dispute. Defendants further note that if this matter is not resolved during the parties' upcoming September 11 mediation, depositions of Plaintiffs will be required.

       We thank the Court for its time and attention to this matter.

                                                        Respectfully Submitted,

                                                         /s/ *Robert Jun*
                                                        Robert Jun
                                                        Michael Faillace & Associates, P.C.
                                                        60 E 42nd St, Suite 4510
                                                        New York, NY 10165
                                                        212-317-1200

February 23, 2010
Page 2